**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN PAUL GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>THAI TIME CUISINE, a business entity; DULYAVIT LAOTHONGDEE, an individual; AMUSEMENT LFP LLC, a California limited liability partnership and company,<br><br>Defendants | Case No.:  **8:19-cv-02406-JVS-KES**<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES IN INTEREST:**

   **NOTICE IS HEREBY GIVEN** that Plaintiff, RUBEN PAUL GONZALES has reached a full and comprehensive settlement of this civil action with mutual general releases.

   The settlement has been reached involving the Plaintiff and the Defendant, THAI TIME CUISINE, a business entity; DULYAVIT LAOTHONGDEE, an individual; AMUSEMENT LFP LLC, a California limited liability partnership and company.

1

**NOTICE OF SETTLEMENT**

The parties are awaiting final execution and signing of the settlement paperwork.

DATED: March 05, 2020

                                      */s/ Joseph Bakhos*
                                      Joseph Bakhos, Esq.
                                      Attorney for Plaintiff

**NOTICE OF SETTLEMENT**