JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ruben Paul Gonzales,<br><br>        Plaintiff,<br><br>  v.<br><br>Thai Time Cuisine, et al,<br><br>        Defendant(s). | SACV 19-02406JVS(KESx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: 3/6/2020

                                          James V. Selna<br>                                  United States District Judge